### No. 26729.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

## NOEL v. STATE.

### No. 26723.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of burglary, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.